Mark Earls Jr. 379091
F1(B)1254 L.C.I
990 Wisacky Hwy
Bishopville SC, 29010

LEE CI INMATE

US POSTAGE PITNEY BOWES
ZIP 29010    $002.72
02 4W
0000373846 OCT. 28 2025

USDC CLERK ...
2025 OCT 30   AM 11:57

X-RAYE
USMS
10/30/25

U.S. District Court
901 Richland Street
Columbia SC, 29201

RECEIVED
OCT 28 2025
LEE CI MAIL ROOM

THE DEPARTMENT OF CORRECTIONS HAS NOT CENSORED THIS ITEM. THEREFORE, THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENTS
LEE CORRECTIONAL INSTITUTE
S.C. DEPARTMENT OF CORRECTIONS