FROM: MARK EARIS 379091
L.C.I FI-B 1254
990 Wisacky Hwy
Bishopville, S.C.
29010

TO: US DISTRICT COURT
901 Richland ST.
Columbia, S.C.
29210

