IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mark Antonio Earls, Jr., ) | C/A No.: 5:25-13206-SAL-KDW |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| Shane Jackson, ) | |
| ) | |
| Respondent. ) | |
| ) | |

  This is an action seeking habeas corpus relief under 28 U.S.C. § 2241. Petitioner is a prisoner. Therefore, in the event that a limitations issue arises, Petitioner shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (holding that a prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civ. Rule 73.02(B)(2)(c) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

  By order issued on November 4, 2025, the court allowed Petitioner an opportunity to provide the documents necessary to advance this case. ECF No. 8. Petitioner has complied with the court's order, and this case is now in proper form.

<u>TO THE CLERK OF COURT</u>:

  The Clerk of Court shall serve the Petition, ECF No. 1, and this order upon Respondent. Rule 4 of the Rules Governing Section 2254 Cases also requires service on "the attorney general or other appropriate officer of the state." The Attorney General of the State of South Carolina and the General Counsel of the South Carolina Department of Corrections shall each receive a copy of this order and a copy of the 28 U.S.C. § 2254 Petition through the Electronic Case Filing System.

<u>TO RESPONDENT</u>:

  Respondent shall file an answer or other response to the Petition as soon as reasonably possible but no later than fifty (50) days from the date of service. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, applicable to § 2241 habeas petitions through Rule 1(b), requires that "the judge must order the respondent to file an answer, motion, or other response within a fixed time, or to take other action the judge may order" for petitions that are not dismissed upon initial review. *See Wyant v. Edwards*, 952 F. Supp. 348 (S.D.W. Va. 1997) (court has discretionary authority to fix time for response to habeas corpus petition). As a courtesy to the court, please identify any pages missing from relevant portions of the state court record submitted in response to the petition and advise (1) whether an attempt has been made to

locate the missing pages, and (2) the result of the attempt to locate. *See* Rule 5, Rules Governing Section 2254 Cases in the U.S. District Courts.

TO PETITIONER:

Pursuant to Fed. R. Civ. P. 5, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a Respondent represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this court is effected by the court's Electronic Case Filing system through a computer-generated notice of electronic filing. However, prior to Respondent's attorney making an appearance in this court, Petitioner must serve Respondent with any documents Petitioner files subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

Petitioner must place the civil action number (C/A No.: 5:25-13206-SAL-KDW) listed above on any document filed in this case. Any future filings in this case must be sent to United States District Court, Post Office Box 2317, Florence, South Carolina 29503. All documents requiring Petitioner's signature shall be signed with Petitioner's full legal name written in Petitioner's own handwriting. Pro se litigants shall not use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, Petitioner is directed to use letter-sized (eight and one-half inches by eleven inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. Petitioner is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

Petitioner is a pro se litigant. Petitioner's attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised in writing (United States District Court, Post Office Box 2317, Florence, South Carolina 29503) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, your case may be dismissed for violating this order. Therefore, if you have a change of address before this case is ended, you must comply with this order by immediately advising the Clerk of Court in writing of such change of address and providing the court with the docket number of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

IT IS SO ORDERED.

Kaymani D. West
United States Magistrate Judge

January 7, 2026
Florence, South Carolina