United States District Court

For South Carolina District

Mark Earls,

      Petitioner

vs.

Shane Jackson, Warden,

      Respondent.

Motion In Opposition To Respondent

Opposition For Cross-Summary Judgment

25-CV-13206

JUL 7 '26 AM10:26
RCV'D - USDC FLO SC

Honorable Magistrate Judge:

    The Petitioner files this motion, in response to respondent motion in opposition too Cross-Motion Summary Judgment.

    Herein. Respondent motion is without merit. Petitioner submits the motion and documents are relevant to the issues in Writ of Habeas Corpus. As such, court is asked to accept motion filed (Cross-Motion). Respondent motion in Paragraphs two and four (2/4) clearly shows respondent acknowledges Petitioner filed motion in opposition.

    Petitioner asks court to address motion.

Date: 31 day of June 20 26.

Respectfully Submitted:

s/ Mark Earls Jr.

Mark Earls / Pro Se