

Mark Earls Jr. #3-15873
L.C.I.
990 Wisacky Hwy
Bishopville, SC 29010

United States District Court
P.O. Box 2317
Florence, South Carolina

LEGAL

LEGAL



THE DEPARTMENT OF CORRECTIONAL INSTITUTIONS HAS NOT CENSORED THIS ITEM. THEREFORE, THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENTS

LEE CORRECTIONAL INSTITUTION
S.C. DEPARTMENT OF CORRECTIONS

LEGAL

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC
MIX
Envelope
FSC® C137131